H. Peter Evans
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253

FILED '07 JUN 11 14:01 USDC-ORE

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Valerie King**

       **Plaintiff,**

vs.

       Civil No. 06-cv-01346-HO

**Commissioner of Social Security**

       **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$20.87**, costs in the amount of **$10.40**, and attorney's fees in the amount of **$4191.90** for total in the amount of **$4223.17**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this ___ day of _June_____, 2006.

_____
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES